TODD A. BOOCK (SBN 181933)
*tboock@goodwinlaw.com*
GALEN A. PHILLIPS (SBN 307644)
*gphillips@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant:
RESIDENTIAL CREDIT SOLUTIONS, INC.

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCKS]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LESLIE EDWARD WALKER; ELAHE S. WALKER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DITECH FINANCIAL, LLC; RESIDENTIAL CREDIT SOLUTIONS, INC.; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 4:16-CV-03084-KAW<br><br>**STIPULATION TO EXTEND DEADLINE RE INITIAL DISCLOSURES, AND [PROPOSED] ORDER**<br><br>Judge:　Hon. Kandis A. Westmore<br><br>Current Initial<br>Disclosures Date:　November 7, 2016<br><br>New Initial<br>Disclosures Date:　January 6, 2017 |

1   Plaintiffs Leslie Edward Walker and Elahe S. Walker ("Plaintiffs"), Defendant Ditech
2   Financial, LLC ("Ditech") and Defendant Residential Credit Solutions, Inc. ("RCS"), (collectively
3   "Defendants") (collectively with Plaintiffs, "Parties"), by and through their counsel, hereby
4   stipulate as follows:
5   WHEREAS, on June 6, 2016, Plaintiff Edward Walker filed the Complaint in this action;
6   WHEREAS, on June 28, 2016, on behalf of RCS and Plaintiffs, Defendant RCS filed a
7   Stipulation extending the deadline for RCS to respond to the Complaint to July 29, 2016;
8   WHEREAS, on July 20, 2016, Plaintiffs filed the First Amended Complaint ("FAC");
9   WHEREAS, on August 8, 2016, on behalf of RCS and Plaintiffs, Defendant RCS filed a
10  Stipulation extending the deadline for RCS to respond to the FAC to August 22, 2016;
11  WHEREAS, on August 18, 2016, on behalf of Ditech and Plaintiffs, Plaintiffs filed a
12  Stipulation and Proposed Order extending the deadlines for the Opposition and Reply to Ditech's
13  Motion to Dismiss to August 31 and September 7, 2016, respectively;
14  WHEREAS, on August 30, 2016, this Court issued an order granting Plaintiffs' Stipulation
15  extending the deadlines for the Opposition and Reply to Ditech's Motion to Dismiss;
16  WHEREAS, on September 8, 2016, on behalf of all parties, Defendant RCS filed a
17  Stipulation and Proposed Order extending the deadlines regarding the meet and confer and the
18  initial disclosures to September 23 and November 7, 2016, respectively;
19  WHEREAS, on September 14, 2016, this Court issued an order granting RCS's stipulation
20  extending the deadlines for the meet and confer and the initial disclosures;
21  WHEREAS, RCS and Ditech separately filed Motions to Dismiss set for hearing on
22  October 6, 2016;
23  WHEREAS, on October 6, 2016, this Court issued an order granting Defendants' Motions
24  to Dismiss in their entirety, with leave to amend;
25  WHEREAS, on November 4, 2016, Plaintiffs filed the Second Amended Complaint
26  ("SAC");
27  WHEREAS, the current deadline for the Parties to provide initial disclosures is November
28  7, 2016;

1  WHEREAS, after the Court's October 6, 2016 order granting defendants' Motions to
2 Dismiss, there was no operative pleading on file until November 4, 2016;

3  WHEREAS, the pleadings are not yet settled in this case;

4  WHEREAS, defendants have just received and are beginning to digest and analyze the
5 SAC;

6  WHEREAS, it is in the interest of judicial economy and preservation of the Court's and
7 the parties' resources for the parties to temporarily hold off on initial disclosures, until the parties
8 have a better idea which claims remain at issue;

9  WHEREAS, no party will suffer any prejudice as a result of this Stipulation;

10  WHEREAS, the Parties met and conferred on November 3 and 4, 2016, regarding
11 extending the initial disclosure deadline;

12  WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses
13 otherwise available to the Parties in this action.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. The deadline for each party to provide initial disclosures is extended until and including January 6, 2017.

SO STIPULATED.

Respectfully submitted,

Dated: November 7, 2016          By:   /s/   Todd A. Boock
                                       TODD A. BOOCK
                                       *tboock@goodwinlaw.com*
                                       GALEN A. PHILLIPS
                                       *gphillips@goodwinlaw.com*
                                       **GOODWIN PROCTER LLP**

                                       Attorneys for Defendant
                                       RESIDENTIAL CREDIT SOLUTIONS, INC.

Dated: November 7, 2016          By:   /s/   Nicole Cherones
                                       DAVID L. SMART
                                       *dsmart@thesmartlawoffices.com*
                                       NICOLE CHERONES
                                       *ncherones@thesmartlawoffices.com*
                                       **SMART LAW OFFICES**

                                       Attorneys for Plaintiffs:
                                       LESLIE EDWARD WALKER and ELAHE S. WALKER

Dated: November 7, 2016          By:   /s/   Lindsey E. Kress
                                       REGINA J. MCCLENDON (SBN 184669)
                                       *rmcclendon@lockelord.com*
                                       LINDSEY E. KRESS (SBN 278213)
                                       *lkress@lockelord.com*
                                       **LOCKE LORD LLP**
                                       44 Montgomery Street, Suite 4100
                                       San Francisco, CA 94104
                                       Tel.: 415.318.8810
                                       Fax: 415.676.5816

                                       Attorneys for Defendant:
                                       DITECH FINANCIAL LLC

**[PROPOSED] ORDER**

Upon review of the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for each party to provide initial disclosures is extended until and including January 6, 2017.

Dated: __11/15_____, 2016     ___*Kandis Westmore*___
                                    HON. KANDIS A. WESTMORE
                                    UNITED STATES MAGISTRATE JUDGE